1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   ANDREW C. STONE
3  Arizona State Bar No. 026543
   Assistant United States Attorney
4  Two Renaissance Square
   40 N. Central Ave., Suite 1200
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Andrew.Stone@usdoj.gov
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-16-01300-PHX-DLR |
|---|---|
| Plaintiff, | **FIRST BILL OF PARTICULARS** |
| vs. | |
| Michael Sean Graham, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a First Bill of Particulars and particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment:

   a. $1,488.85 seized from Bank of America account number ending 8124 held in the name of Maria Cecilia Cordova Valenzuela and Michael S. Graham;

   b. $181,042.88 seized from Bank of America account number ending 5756 held in

//
//
//
//
//
//

the name of Stratosphone Michael S. Graham & Joshua Graham.

Respectfully submitted this 22nd day of March, 2017.

>ELIZABETH A. STRANGE
>Acting United States Attorney
>District of Arizona
>
>*s/Andrew C. Stone*
>ANDREW C. STONE
>Assistant United States Attorney

### CERTIFICATE OF SERVICE

I certify that on March 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: George F. Klink

*s/Gaynell Smith*
United States Attorney's Office